United States District Court
District of Massachusetts

Patrick Malone,
    Plaintiff,

v.

Nelson Merced, et. al.,
    Defendants.

Civil Action No. 1:21-cv-10728-PBS

FILED IN CLERK'S OFFICE
2021 OCT 18 PM 1:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion To Dismiss with Prejudice

Now comes the Plaintiff, Patrick Malone, voluntarily moving this Honorable Court dismiss this Action with prejudice. As just grounds, Plaintiff asserts that, as represented in the defendants' Motion to dismiss, Plaintiff asserted facts Plaintiff knew in advance were intentionally false and malicious. Plaintiff apologizes to the Court and to the defendants, and is willing to pay a sanction of One Thousand Dollars ($1,000.00) if the Court sees fit, and issues the order to the institutional treasurer.

Wherefore, in the interest of Justice, Plaintiff seeks this Motion be Allowed, and this Action be dismissed with prejudice.

By The Plaintiff

*[signature]*

Patrick Malone #W-110780

P.O. Box 8000

Shirley, MA 01464

October 06, 2021

Certificate of Service

I certify that by Regular U.S. Mail on this 06th day of October, 2021, the Above Motion To Dismiss with Prejudice was Served upon Tonya Rutherford, D.O.C.-Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110-1327.

*[signature]*

Patrick Malone

- 2 -